**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| MICHAEL B. SELIG | : No. 704 MAL 2014 |
| | : |
| | : |
| | : |
| v. | : Petition for Allowance of Appeal from the |
| | : Order of the Commonwealth Court |
| | : |
| THE ZONING HEARING BOARD OF | : |
| NORTH WHITEHALL TOWNSHIP | : |
| | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| | : |
| RAYMOND SLOYER AND SHEILA | : |
| SLOYER, H/W, | : |
| | : |
| Intervenors | : |
| | : |
| | : |
| | : |
| | : |
| PETITION OF: MICHAEL B. SELIG | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.